IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | Case No. 17-cr-30193-SMY |
| ) | |
| BRIAN K. MULLINS,   ) | |
| ) | |
| Defendant.   ) | |

# ORDER

**YANDLE, District Judge:**

Defendant Brian K. Mullins was sentenced to 157 months imprisonment and ordered to pay a $200 special assessment and a $300 fine (Doc. 69). To date, Defendant has paid $200 toward the special assessment and $100 toward the fine. Now before the Court is the United States of America's Motion to Authorize Payment from Inmate Trust Account (Doc. 76).

Pursuant to 18 U.S.C. §§ 3613(a), 3664(k), and 3664(n), the Government seeks an order authorizing the Bureau of Prisons ("BOP") to turn over to the Clerk of Court funds held in the inmate trust account for Mullins as payment for the criminal monetary penalties imposed in this case. Under 18 U.S.C. § 3664(n), a person who is obligated to pay restitution or a fine and who receives substantial resources from any person while incarcerated is "required to apply the value of such resources to any restitution or fine still owed." The total balance due on Mullins's criminal monetary penalties is $200. According to the Government, the BOP maintains in its possession, custody, or control encumbered funds belonging to Mullins that are currently held in his trust account.

For good cause shown, the Motion to Authorize Payment from Inmate Trust Account (Doc. 76) is **GRANTED**. The BOP is **ORDERED** to turnover to the Clerk of Court payment in the amount of $200.

The Clerk of Court shall accept the funds currently held in the trust account for the following inmate:

> Brian K. Mullins
> Reg. No. 13844-025
> FCI Terre Haute
> P.O. Box 33
> Terre Haute, Indiana 47808

The Clerk shall apply these funds as payment of the criminal monetary penalties imposed in this case. Payments shall be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201. The Government is **DIRECTED** to provide a copy of this Order to the Garnishee.

**IT IS SO ORDERED.**

DATED:  June 10, 2022

*(signature)*

**STACI M. YANDLE**
**United States District Judge**